## BELDING *v.* STATE.

*Appeal from Hot Spring Circuit Court.*

Hon. LIBERTY BARTLETT, Circuit Judge.

GARLAND & NASH, for appellant.

ATTORNEY GENERAL, for appellee.

GREGG, J.

This case involves the same questions decided between the same parties.    No. 69.

The judgment is reversed, and the case remanded, to be proceeded in according to law.